B. P. BLANTON, *Plaintiff in Error,* v. THE WEST COAST RAILWAY COMPANY, *Defendant in Error.*

1. Under the statutes of this State a writ of error lies only to a "final judgment" in an action at law or to "an order granting a new trial at law."

2. When a writ of error is taken to a judgment in an action at law, and there is in the transcript of the record proper no entry of a final judgment terminating or disposing of the action, the writ of error is improperly issued and will be dismissed.

3. A judgment for costs alone, where the merits of the cause are not adjudicated, and the action is not terminated or disposed of, is not such a final judgment as will support a writ of error.

This case was decided by the court En Banc.

Writ of Error to the Circuit Court for Taylor County.

The facts in the case are stated in the opinion of the court.

*L. W. Blanton, Hardee & Rowe* and *W. B. Davis,* for Plaintiff in Error;

*Hendry & McKinnon* and *L. W. Branch,* for Defendant in Error.

WHITFIELD, C. J. —In an action brought in the Circuit

Court for Taylor County by the plaintiff in error against the West Coast Railway Company, a verdict was rendered for the defendant, but no judgment thereon appears in the transcript.

Under the statute of this State a writ of error lies only to a "final judgment" in an action at law or to "an order granting a new trial at law." Sections 1691 and 1695, General Statutes 1906. There is no order granting a new trial and the writ of error purports to be from a judgment, but none appears in the transcript except perhaps a judgment for costs. When a writ of error is taken to a judgment in an action at law, and there is in the record proper no entry of a final judgment terminating or disposing of the action, the writ of error is improperly issued and will be dismissed. A judgment for costs alone, where the merits of the cause are not adjudicated, and the action is not terminated or disposed of, is not such a final judgment as will support a writ of error. Dexter v. Seaboard Air Line Ry., 52 Fla. 250, 42 South. Rep. 695, and authorities cited.

Writ of error dismissed.

All concur.